UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

FILED
OFFICE OF THE CLERK

11 APR 15 AM 9: 17

U.S. BANKRUPTCY COURT
ALBUQUERQUE, N.M.

In Re

Genevieve B. Trevino;

(Debtor(s))                                    No. 13-06-10100 JL

REPORT TO THE COURT ON UNCLAIMED
FUNDS DEPOSITED INTO THE COURT REGISTRY

COMES NOW the Trustee in Bankruptcy, Kelley L. Skehen, and hereby reports to the court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee did deposit the total sum of $27.66 to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following debtor in the following amount(s):

| No. | Name & Address | Amount |
|-----|----------------|--------|
| 12 | World Finance Corp<br>590 S Solano<br>Las Cruces, NM 88001 | $27.66 |

TOTAL $27.66

Respectfully submitted,

electronically filed/ks/jg
Kelley L. Skehen
Chapter 13 Trustee
625 Silver SE, Suite 350
Albuquerque, NM 87102
(505) 243-1335 Office
(505) 247-2709 Fax